UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

United States of America,

    Plaintiff,

vs.

Fausto Teixeira Martins-Neto,
  a/k/a Teixeira Fausto Martins-Neto,
  a/k/a Teixeira Martins-Neto,

    Defendant.

Case No.: 2:17-cr-001-JAD-CWH

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR FAUSTO TEIXEIRA MARTINS-NETO (ID# 2019-346476)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said FAUSTO TEIXEIRA MARTINS-NETO before the United States District Court at Las Vegas, Nevada, for a hearing under Federal Rule of Criminal Procedure Rule 5, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  PATRICK BURNS
   Assistant United States Attorneys
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   patrick.burns@usdoj.gov
6
   *Attorney for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| United States of America, | ) Case No.: 2:17-a-001-JAD-CWH |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR FAUSTO TEIXEIRA MARTINS-NETO (ID# 2019-346476)** |
| Fausto Teixeira Martins-Neto, a/k/a Teixeira Fausto Martins-Neto, a/k/a Teixeira Martins-Neto, | ) |
| Defendant. | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that FAUSTO TEIXEIRA MARTINS-NETO, is committed by due process of law in the custody of Sheriff Patrick Firman, City and County of Denver, Colorado, Denver Sheriff Department, Downtown Detention Center, that it is necessary that the FAUSTO TEIXEIRA MARTINS-NETO be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said FAUSTO TEIXEIRA MARTINS-NETO may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada for a hearing under Federal Rule of Criminal Procedure Rule 5 and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said FAUSTO TEIXEIRA MARTINS-NETO before the United States District Court for a hearing under Federal Rule of Criminal Procedure Rule 5 and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Denver Sheriff Department, Downtown Detention Center, and to the United States Marshal for the District of Nevada, commanding them to produce the said FAUSTO TEIXEIRA MARTINS-NETO before the United States District Court for a hearing under Federal Rule of Criminal Procedure Rule 5, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____
PATRICK BURNS
Assistant United States Attorney