NICHOLAS A. TRUTANICH
United States Attorney
Simon Kung, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Simon.Kung@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Fausto Texeira Martins Neto*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00001-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| FAUSTO TEXEIRA MARTINS NETO, | [First Request] |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Fausto Texeira Martins Neto, and Simon Kung, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for June 15, 2020 at 11:00am, be vacated and reset to a time no sooner that ninety (90) days from June 15, 2020.

///

///

///

This Stipulation is entered into for the following reasons:

1. The defendant, Fausto Texeira Martins Neto, speaks only Portuguese. Efforts at involving him in his defense and assuring that his decisions are free and knowing require that counsel work with a dedicated Portuguese interpreter and translator.
2. Presently, counsel desires to have Mr. Neto's Pre-Sentence Report (PSR) translated into his native language so that he may carefully review it for himself (and not merely through interpretation or summary), as well as, meet with counsel to draft objections, if any. (Although counsel's paralegal speaks some Portuguese, he is not able to provide a document translation).
3. In addition, Mr. Neto would like to read his counsel's proposed sentencing memorandum in Portuguese. That will take several weeks to a couple months to accomplish.
4. Inasmuch as Mr. Neto's document translator has been ill, and has needed an extended period of time in which to turn around documents, particularly now, after having been stalled during the shutdown for the Covid-19 pandemic, more time is needed to allow her to accomplish the appointed tasks for Mr. Neto.
5. In addition, counsel has been in contact with Mr. Neto's family in Brazil over the phone (with counsel's paralegal speaking to them in rudimentary Portuguese), in order to attain letters of support. This will take some time, especially as translation will be needed into English for counsel.
6. Counsel for the Government has no objection to this continuance.
7. The defendant is in custody, but does not object to a continuance.
8. Denial of this request for continuance could result in a miscarriage of justice.
9. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

/ / /

/ / /

/ / /

      10. This is the first request for a continuance.

DATED: June 5, 2020

| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| By:   */s/ Telia U. Williams* | By:   */s/ Simon Kung* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com<br><br>*Attorney for Defendant,*<br>*Fausto Texeira Martins Neto* | Simon Kung, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336<br><br>*Attorney for Plaintiff,*<br>*United States* |

NICHOLAS A. TRUTANICH
United States Attorney
Simon Kung
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Simon.Kung@usdoj.gov
*Attorney for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Simon Kung*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00001-JAD-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| FAUSTO TEXEIRA MARTINS NETO, | |
| Defendant. | |

### FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Fausto Texeira Martins Neto, is entered into for the following reasons:

1. The defendant, Fausto Texeira Martins Neto, speaks only Portuguese. Efforts at involving him in his defense and assuring that his decisions are free and knowing require that his counsel work with a dedicated Portuguese interpreter and translator.

4

2. Presently, defendant's counsel is preparing to have Mr. Neto's Pre-Sentence Report (PSR) translated into his native language so that he may carefully review it for himself (and not merely through interpretation or summary), as well as, to meet with his counsel to draft objections, if any.

3. In addition, Mr. Neto would like to read his counsel's proposed sentencing memorandum in Portuguese. Translation services, particularly after the shutdown associated with precautions for Covid-19, will require several weeks to a couple months to accomplish this task.

4. In addition, counsel for Mr. Neto needs time to arrange for letters for support for Mr. Neto from his family in Brazil, which will take some time, especially as the letters will have to be translated into English.

5. Counsel for the Government has no objection to this continuance.

6. The defendant is in custody, but has no objection to this continuance.

7. Denial of this request for continuance could result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

9. Counsel for Mr. Neto has requested ninety (90) days after the currently scheduled sentencing date.

10. This is the first request for a continuance.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the defendant, Fausto Texeira Martins Neto, the opportunity to have important documents associated with his case translated into his native language, and to assist his counsel with doing objections to his Pre-Sentence Report, and to have letters in his support from his family in Brazil.

As such, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for June 15, 2020 at 11:00am, be continued to September 14, 2020, at the hour of 2:00 p.m.

DATED this 8th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE