NICHOLAS A. TRUTANICH
United States Attorney
Simon Kung, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Simon.Kung@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Fausto Texeira Martins Neto*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO TEXEIRA MARTINS NETO,<br><br>Defendant. | Case No.  2:17-cr-00001-JAD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>[Second Request] |

   IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, Esq., counsel for the defendant, Fausto Texeira Martins Neto, and Simon Kung, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for September 14, 2020 at 2:00pm, be vacated and reset to a time no sooner that ninety (90) days from September 14, 2020.

   This Stipulation is entered into for the following reasons:

   1. Counsel for the Defendant needs additional time to adequately prepare for sentencing, and to adequately confer with the Defendant which has been rendered

    extremely difficult, if not impossible, due to the logistical problems that have been presented with adhering to safety precautions called for by the pandemic of Covid-19.

2. The only feasible way to communicate with the Defendant, Fausto Texeira Martins, is by video, which is through the Federal Public Defender's Office, which, due to increased demand, and scarce resources, has requested that defense counsel hold off and allow clients with emergencies and more urgent matters to take precedence.

3. Moreover, Mr. Neto speaks only Portuguese. Efforts at involving him in preparing for his sentencing also have been stalled because working with a dedicated Portuguese interpreter and translator has been rendered extremely difficult due to issues related to the logistical problems inherent in dealing with the precautions for the pandemic.

4. Counsel for the Government has no objection to this continuance.

5. The Defendant is in custody, but does not object to a continuance.

6. Denial of this request for continuance could result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

8. This is the second request for a continuance.

DATED: September 4, 2020

| | |
|---|---|
| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
| By: /s/ Telia U. Williams | By: /s/ Simon Kung |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Simon Kung, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336 |
| *Attorney for Defendant,*<br>*Fausto Texeira Martins Neto* | *Attorney for Plaintiff,*<br>*United States* |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO TEXEIRA MARTINS NETO,<br><br>Defendant. | Case No. 2:17-cr-00001-JAD-DJA<br><br>**ORDER** |

**<u>FINDINGS OF FACT</u>**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Fausto Texeira Martins Neto, is entered into for the following reasons:

1. Counsel for the Defendant needs additional time to adequately prepare for sentencing, and to adequately confer with the Defendant which has been rendered extremely difficult, if not impossible, due to the logistical problems that have been presented with adhering to safety precautions called for by the pandemic of Covid-19.

2. The only feasible way to communicate with the Defendant, Fausto Texeira Martins, is by video, which is through the Federal Public Defender's Office, which, due to increased demand, and scarce resources, has requested that defense counsel hold off and allow clients with emergencies and more urgent matters to take precedence.

3. Moreover, Mr. Neto speaks only Portuguese. Efforts at involving him in preparing for his sentencing also have been stalled because working with a dedicated Portuguese interpreter and translator has been rendered extremely

3

difficult due to issues related to the logistical problems inherent in dealing with the precautions for the pandemic.

4. Counsel for the Government has no objection to this continuance.
5. The Defendant is in custody, but has no objection to this continuance.
6. Denial of this request for continuance could result in a miscarriage of justice.
7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.
8. Counsel for Mr. Neto has requested ninety (90) days after the currently scheduled sentencing date.
9. This is the second request for a continuance.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny counsel for the Defendant, Fausto Texeira Martins Neto, sufficient opportunity to confer with Mr. Neto, and prepare for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for September 14, 2020 at 2:00pm, be continued to December 21, 2020, at 11:00 a.m.

DATED this 9th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE