CHRISTOPHER CHIOU
Acting United States Attorney
Simon Kung, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Simon.Kung@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia Mary U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Fausto Texeira Martins Neto*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00001-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| FAUSTO TEXEIRA MARTINS NETO, | [Fifth Request] |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, Esq., counsel for the defendant, Fausto Texeira Martins Neto, and Simon Kung, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for June 21, 2021 at 3:00pm, be vacated and reset to a time no sooner than sixty (60) days from June 21, 2021.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant needs more time to adequately prepare for sentencing. She has not been able to confer sufficiently with the Defendant for sentencing

because she was in two back-to-back federal criminal trials, followed by preparing for two back-to-back state court civil trials (one ending on June 4, 2021, and one starting this Friday, June 18, 2021).  This unusually burdensome schedule has made preparing the Defendant for his sentencing extremely difficult, especially because of the need of a Portuguese language interpreter (one of only two such certified interpreters in the district), and the need to comply with virus safety precautions.

2. In addition, at the last visit with the Defendant, approximately a month ago, he indicated a desire for counsel to find out more how a sentence in this case might affect a contemporaneous state court proceeding involving the same facts and occurrence.  That research will require additional time.

3. Counsel for the Government has no objection to this continuance.

4. The Defendant is in custody, but does not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

7. This is the fifth request for a continuance.

DATED: June 14, 2021

| LAW OFFICE OF TELIA U. WILLIAMS | CHRISTOPHER CHIOU<br>ACTING UNITED STATES ATTORNEY |
|---|---|
| By:  */s/ Telia U. Williams* | By:  */s/ Simon Kung* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Simon Kung, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336 |
| *Attorney for Defendant,*<br>*Fausto Texeira Martins Neto* | *Attorney for Plaintiff,*<br>*United States* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO TEXEIRA MARTINS NETO,<br><br>Defendant. | Case No. 2:17-cr-00001-JAD-DJA<br><br>**ORDER** |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Fausto Texeira Martins Neto, is entered into for the following reasons:

1. Counsel for the Defendant needs more time to adequately prepare for sentencing. She has not been able to confer sufficiently with the Defendant for sentencing because she was in two back-to-back federal criminal trials, followed by preparing for two back-to-back state court civil trials (one ending on June 4, 2021, and one starting this Friday, June 18, 2021). This unusually burdensome schedule has made preparing the Defendant for his sentencing extremely difficult, especially because of the need of a Portuguese language interpreter (one of only two such certified interpreters in the district), and the need to comply with virus safety precautions.
2. In addition, Counsel, at the request of the Defendant, needs more time to research the effect that a sentence in this case may have on a contemporaneous state court proceeding involving the same facts and occurrence.
3. Counsel for the Government has no objection to this continuance.
4. The Defendant is in custody, but does not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

7. This is the fifth request for a continuance.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny counsel for the Defendant, Fausto Texeira Martins Neto, sufficient opportunity to confer with Mr. Neto, and to adequately to prepare for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for June 21, 2021 at 3:00pm, be continued to August 30, 2021, at 11:00 a.m.

DATED this 15th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE