1
2
3
4
5

CHRISTOPHER CHIOU
Acting United States Attorney
Simon Kung, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Simon.Kung@usdoj.gov
*Attorneys for the Plaintiff*

6
7
8
9
10

LAW OFFICE OF TELIA U. WILLIAMS
Telia Mary U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Fausto Texeira Martins Neto*

11
12
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

14
15
16
17
18
19

UNITED STATES OF AMERICA,

                  Plaintiff,

        vs.

FAUSTO TEXEIRA MARTINS NETO,

             Defendant.

Case No.  2:17-cr-00001-JAD-DJA

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

[Sixth Request]

20
21
22
23
24
25
26
27
28

      IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, Esq., counsel for the defendant, Fausto Texeira Martins Neto, and Simon Kung, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for August 31, 2021 at 11:00am, be vacated and reset to a time no sooner than sixty (60) days from August 31, 2021.

      This Stipulation is entered into for the following reasons:

     1.  A videoconference could not be secured for Defense Counsel and the Defendant to have a final meeting as Defense Counsel intended before the Defendant's

sentencing.  The last time that the Defendant and Defense Counsel had a videoconference together was a couple months ago, with the express intention to meet the week before, or during, his sentencing, so that the Defendant is well-prepared for his sentencing.

2.  Although Defense Counsel timely sought permission to arrange for a meeting with the Defendant the week of his upcoming sentencing, the request could not be accommodated apart from significant inconvenience on the part of the staff, due to the circumstances of an unprecedented demand for video conferences with prison inmates at the moment.  The Defendant's need for an interpreter adds to the difficulty of arranging a video visit.

3.  Ordinarily, Defense counsel would arrange for an alternative in-person meeting with the Defendant, but under the current situation of virus precautions, such meetings are generally disfavored.

4.  To better ensure the ability of the facility to arrange a video meeting with the Defendant during the week of his sentencing, along with an interpreter, the Defendant is seeking a 60-day continuance.

5.  Counsel for the Government has no objection to this continuance.

6.  The Defendant is in custody, but does not object to a continuance.

7.  Denial of this request for continuance could result in a miscarriage of justice.

8.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

/ / /

/ / /

/ / /

/ / /

/ / /

1         9.   This is the sixth request for a continuance.

2

3    DATED: August 24, 2021

4    LAW OFFICE OF TELIA U. WILLIAMS      CHRISTOPHER CHIOU
                         ACTING UNITED STATES ATTORNEY

5    By:  */s/ Telia U. Williams*

6                        By:  */s/ Simon Kung*

7        Telia U. Williams, Esq.
         10161 Park Run Drive, Suite 150    Simon Kung, Esq.
8        Las Vegas, Nevada 89145        Assistant United States Attorney
         Tel.: (702) 835-6866           501 Las Vegas Boulevard South, Suite 1100
9        telia@telialaw.com            Las Vegas, Nevada 89106
                              Tel.: (702) 388-6336
10       *Attorney for Defendant,*
         *Fausto Texeira Martins Neto*      *Attorney for Plaintiff,*
11                            *United States*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3

4      UNITED STATES OF AMERICA,                    Case No. 2:17-cr-00001-JAD-DJA

5                          Plaintiff,              **ORDER**

6                   vs.

7      FAUSTO TEXEIRA MARTINS NETO,

8                          Defendant.

9

10                          **FINDINGS OF FACT**

11          Based on the Stipulation of counsel, and good cause appearing therefore, the court finds

12     that the Stipulation between the United States, and defendant Fausto Texeira Martins Neto, is

13     entered into for the following reasons:

14

15          1.  A videoconference could not be secured for Defense Counsel and the Defendant to

16              have a final meeting as Defense Counsel intended before the Defendant's

17              sentencing.  The last time that the Defendant and Defense Counsel had a

18              videoconference together was a couple months ago, with the express intention to

19              meet the week before, or during, his sentencing, so that the Defendant is well-

20              prepared for his sentencing.

21          2.  Although Defense Counsel timely sought permission to arrange for a meeting with

22              the Defendant the week of his upcoming sentencing, the request could not be

23              accommodated apart from significant inconvenience on the part of the staff, due to

24              the circumstances of an unprecedented demand for video conferences with prison

25              inmates at the moment.  The Defendant's need for an interpreter adds to the

26              difficulty of arranging a video visit.

27          3.  Ordinarily, Defense counsel would arrange for an alternative 6in-person meeting

28              with the Defendant, but under the current situation of virus precautions, such

1    meetings are generally disfavored.

2    4.   To better ensure the ability of the facility to arrange a video meeting with the

3         Defendant during the week of his sentencing, along with an interpreter, the

4         Defendant is seeking a 60-day continuance.

5    5.   Counsel for the Government has no objection to this continuance.

6    6.   The Defendant is in custody, but does not object to a continuance.

7    7.   Denial of this request for continuance could result in a miscarriage of justice.

8    8.   For all the above-stated reasons, the ends of justice would best be served by a

9         continuance of the sentencing.

10

11   This is the sixth request for a continuance

12                           **CONCLUSIONS OF LAW**

13        Denial of this request for continuance would deny counsel for the Defendant, Fausto

14   Texeira Martins Neto, sufficient opportunity to confer with Mr. Neto in preparation for his

15   sentencing.

16        As such, denial of this request for continuance could result in a miscarriage of justice.

17

18                                 **ORDER**

19        IT IS HEREBY ORDERED that the sentencing currently scheduled for August 31,

20   2021 at 11:00am, be continued to November 15, 2021, at 11:00 a.m.

21        DATED this 25th day of August, 2021.

22

23   _____

24   UNITED STATES DISTRICT JUDGE

25

26

27

28