CHRISTOPHER CHIOU
Acting United States Attorney
Simon Kung, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Simon.Kung@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia Mary U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,*
*Fausto Texeira Martins Neto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FAUSTO TEXEIRA MARTINS NETO,

Defendant.

Case No. 2:17-cr-00001-JAD-DJA

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

[Seventh Request]

IT IS HEREBY STIPULATED AND AGREED by and between Telia Mary U. Williams, Esq., counsel for the defendant, Fausto Texeira Martins Neto, and Simon Kung, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for November 15, 2021 at 11:00am, be vacated and reset to a time no sooner than fourteen (14) days from November 15, 2021.

This Stipulation is entered into for the following reasons:

1. Defendant's counsel has a client with an "open subpoena" in a federal case in Reno, that requires her to attend with her client on forty-eight (48) hours' notice.

Defendant's counsel attempted to quash the subpoena twice, to no avail. Since that case is scheduled to go at least until next week, it could be that defendant's counsel may be out of town with a subpoenaed client at the same time that she must be present at this sentencing.

2. Counsel for the Government has no objection to this continuance.
3. The Defendant is in custody, but does not object to a continuance.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.
6. This is the seventh request for a continuance.

DATED: November 8, 2021

LAW OFFICE OF TELIA U. WILLIAMS

By: */s/ Telia U. Williams*

Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com

*Attorney for Defendant,*
*Fausto Texeira Martins Neto*

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

By: */s/ Simon Kung*

Simon Kung, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89106
Tel.: (702) 388-6336

*Attorney for Plaintiff,*
*United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FAUSTO TEXEIRA MARTINS NETO,

Defendant.

Case No. 2:17-cr-00001-JAD-DJA

**ORDER**

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation between the United States, and defendant Fausto Texeira Martins Neto, is entered into for the following reasons:

1. Defendant's counsel has a client with an "open subpoena" in a federal case in Reno, that requires her to attend with her client on forty-eight (48) hours' notice.
2. Counsel for the Government has no objection to this continuance.
3. The Defendant is in custody, but does not object to a continuance.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing. This is the seventh request for a continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance could jeopardize the ability of counsel for the Defendant, Fausto Texeira Martins Neto, to appear for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for November 15, 2021 at 11:00am, be continued to December 20, 2021, at 1:00 p.m.

DATED this 9th day of November, 2021.

______________________________

UNITED STATES DISTRICT JUDGE